**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 36 MM 2023 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CODY JOHN SAYLOR, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2023, the "Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*" is GRANTED. Counsel is DIRECTED to file the Petition for Allowance of Appeal within 15 days.